FILED
CLERK, U.S. DISTRICT COURT

Apr 20, 2016

CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RETIREMENT HOUSING FOUNDATION; FOUNDATION PROPERTY MANAGEMENT, INC.<br><br>Plaintiffs,<br><br>vs.<br><br>RICHARD S. FULD, JR., et al., | Case No. CV10-2746 SVW (SSx)<br><br>**ORDER ON JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>JS-6 |

    The Court, having reviewed the parties' Joint Stipulation of Dismissal with Prejudice, and good cause appearing therefore, hereby orders as follows:

    This action shall be and hereby is dismissed and discontinued with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), without costs, disbursements, or fees, subject to the terms of the Settlement Agreement between the

///

///

///

///

1

Settling Parties, dated March 3, 2016, and the Court shall retain jurisdiction to enforce the Settlement Agreement.

IT IS SO ORDERED.

Dated: April 20, 2016

*[signature]*
Hon. Stephen V. Wilson
UNITED STATES DISTRICT JUDGE